Andre Lavell
2200 E. Highland Ave.
San Bernardino, CA 92404
(323) 529-5897
**Defendant, In Pro Per**

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2026
CENTRAL DISTRICT OF CALIFORNIA
BY Bom DEPUTY

IFP Submitted

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS CAPITAL HOLDINGS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE LAVELL,<br><br>Defendant. | Case No. 5:26-CV-03421-~~KK~~ SPG (ACCVx)<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that Defendant Andre Lavell ("Defendant") hereby removes to this Court the above-captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On 05/21/2026 FRANCIS CAPITAL HOLDINGS LLC ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of San Bernardino ANDRE LAVELL, Case No. LLTVA2602221. Defendant's Answer to the complaint for unlawful detainer was based on a

defective Notice to Quit. A true and correct copy of the relevant pleadings, i.e., summons, complaint, Answer, etc are attached hereto as **Exhibit "A"**.

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).
3. No previous request has been made for the relief requested.
4. The Superior Court of California for the County of San Bernardino is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).
5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

**II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.**

6. The complaint for Unlawful Detainer is subject to strict notice requirements.
7. Defendant filed his Demurrer to the complaint based on a defective notice, i.e., the Notice to Pay or Quit, failed to comply with The Protecting Tenants Moratorium Act [1179.10(b)].

8. Federal question exists because Defendant's Answer, a pleading that depends on the determination of Defendant's rights and Plaintiff's duties under federal law. Wherefore, Andre Lavell respectfully removes this action from the California Superior Court for the San Bernardino County, this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

**Dated:** 06/19/2026

**By:** A.L.

Andre Lavell
**Defendant, In Pro Per**

# EXHIBIT "A"

UD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
WILLIAM NASSAR BAR NO. 171787
LAW OFFICE OF JOHN E BOUZANE APC
1030 NEVADA ST STE 204
REDLANDS, CA 92374
TELEPHONE NO. (909)-889-5151 FAX NO. (Optional): (909)-889-3900
E-MAIL ADDRESS (Optional) STATUS@FASTEVICT.COM
ATTORNEY FOR (Name): PLAINTIFF

FOR COURT USE ONLY

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
5/21/2026 9:59 AM
By: Audrey Song, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS 17780 ARROW BLVD
MAILING ADDRESS 17780 ARROW BLVD
CITY AND ZIP CODE FONTANA 92335
BRANCH NAME: FONTANA DISTRICT

PLAINTIFF: FRANCIS CAPITAL HOLDINGS LLC

DEFENDANT: ANDRE LAVELL CHAPPLE AN INDIVIDUAL DBA AFRICAN AMERICAN EMPOWERMENT COALITION ,

## COMPLAINT — UNLAWFUL DETAINER*

CASE NUMBER: LLTVA2602221

☒ COMPLAINT ☐ AMENDED COMPLAINT *(Amendment Number):*

Jurisdiction *(check all that apply):*

☒ ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)

Amount demanded ☒ does not exceed $10,000
☐ exceeds $10,000 but does not exceed $35,000

☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)

☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*

☐ from unlawful detainer to general unlimited civil (possession not in issue) ☐ from limited to unlimited
☐ from unlawful detainer to general limited civil (possession not in issue) ☐ from unlimited to limited

1. PLAINTIFF: FRANCIS CAPITAL HOLDINGS LLC

alleges causes of action against DEFENDANT *(name each):* ANDRE LAVELL CHAPPLE AN INDIVIDUAL DBA AFRICAN AMERICAN EMPOWERMENT COALITION ,

2 a. Plaintiff is (1) ☐ an individual over the age of 18 years (4) ☐ a partnership.
(2) ☐ a public agency (5) ☐ a corporation.
(3) ☒ other *(specify):* Limited Liability Company

b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):2200 E HIGHLAND AVE, SAN BERNARDINO, CA 92404, SAN BERNARDINO COUNTY

b. The premises in 3a are *(check one)*
(1) ☒ within the city limits of *(name of city):* SAN BERNARDINO
(2) ☐ within the unincorporated area of *(name of county):*

c. The premises in 3a were constructed in *(approximate year):* 1972

4. Plaintiffs interest in the premises is ☒ as owner ☐ other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

| PLAINTIFF (Name): FRANCIS CAPITAL HOLDINGS LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): ANDRE LAVELL CHAPPLE ET AL | LLTVA2602221 |

6. a. On or about (date): 04/01/2025
defendant (name each): ANDRE LAVELL CHAPPLE AN INDIVIDUAL DBA AFRICAN AMERICAN EMPOWERMENT COALITION ,

(1) agreed to rent the premises as a ☐ month-to-month tenancy ☒ other tenancy (specify): Lease
(2) agreed to pay rent of $ 4,750.00 payable ☒ monthly ☐ other (specify frequency):
(3) agreed to pay rent on the ☒ first of the month ☐ other day (specify):

b. This ☒ written ☐ oral agreement was made with
(1) ☒ plaintiff.
(2) ☐ plaintiffs agent
(3) ☐ plaintiffs predecessor in interest.
(4) ☐ other (specify):

c. ☒ The defendants not named in item 6a are
(1) ☐ subtenants.
(2) ☐ assignees.
(3) ☒ other (specify): Unknown Occupants

d. ☒ The agreement was later changed as follows (specify): THE MOST CURRENT RENT AMOUNT IS 5,750.00. THE RENT FOR THE FIRST MONTH OF TENANCY WAS $4,750.00. THE MONTHLY RENT THEREAFTER IS $5,750.00.

e. ☒ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

f. ☐ (For residential property) A copy of the written agreement is **not** attached because (specify reason):
(1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
(2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. The tenancy described in 6 (complete (a) or (b))
a. ☒ is not subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is (specify): This property meets the requirements of Sections 1947.12 (d)(5) and 1946.2 (e)(8) of the Civil Code
b. ☐ is subject to the Tenant Protection Act of 2019.

8. (Complete only if item 7b is checked. Check all applicable boxes.)
a. ☐ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).
b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff (check one)
(1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of $
(2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $ to (name each defendant and amount given to each):
c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action

9 ☒ a. Defendant (name each): ANDRE LAVELL CHAPPLE AN INDIVIDUAL DBA AFRICAN AMERICAN EMPOWERMENT COALITION ,

was served the following notice on the same date and in the same manner:
(1) ☒ 3-day notice to pay rent or quit
(2) ☐ 30-day notice to quit
(3) ☐ 60-day notice to quit
(4) ☐ 3-day notice to quit
(5) ☐ 30-day notice to vacate under the federal CARES Act (15 U.S.C. § 9058(c))
(6) ☐ 3-day notice to perform covenants or quit (not applicable if item 7b checked)
(7) ☐ 3-day notice to quit
Prior required notice to perform covenants served (date):
(8) ☐ Other (specify):

| PLAINTIFF (Name): FRANCIS CAPITAL HOLDINGS LLC<br>DEFENDANT(Name): ANDRE LAVELL CHAPPLE ET AL | CASE NUMBER:<br>LLTVA2602221 |
|---|---|

9. b. (1) On *(date):* 05/18/2026 the period stated in the notice expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. ☒ The notice included an election of forfeiture.
   e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.) When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
   f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. ☒ The notice in item 9a was served on the defendant named in item 9a as follows:
   (1) ☐ by personally handing a copy to defendant on *(date):*
   (2) ☐ by leaving a copy with *(name or description):*
   a person of suitable age and discretion, on *(date):* at defendant's ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on *(date):* because defendant cannot be found at defendant's residence or usual place of business.
   (3) ☒ by posting a copy on the premises on *(date):* 05/13/2026 ☒ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on *(date):* 05/13/2026
   (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
   (b) ☒ because no person of suitable age or discretion can be found there.
   (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date):*
   (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.
   b. ☐ *(Name):*
   was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c
   d. ☒ Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. ☒ **Statements regarding rental assistance** (*Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must complete items 11a–d and, if later seeking a default judgment, will also need to file* Verification Regarding Rental Assistance—Unlawful Detainer *(form UD-120).)*
   a Plaintiff ☐ has received ☒ has not received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint
   b Plaintiff ☐ has received ☒ has not received rental assistance or other financial compensation from any other source for rent accruing after the date of the notice underlying the complaint
   c Plaintiff ☐ has ☒ does not have any pending applications for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint.
   d Plaintiff ☐ has ☒ does not have any pending applications for rental assistance or other financial compensation from any other source for rent accruing after the date on the notice underlying the complaint.

12. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
13. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 5,050.00
14. ☒ The fair rental value of the premises is $ 191.66 per day.
15. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*



→

| PLAINTIFF (Name): FRANCIS CAPITAL HOLDINGS LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): ANDRE LAVELL CHAPPLE ET AL | LLTVA2602221 |

16. ☐ A written agreement between the parties provides for attorney fees.
17. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

Plaintiff has met all applicable requirements of the ordinances.

18. ☐ Other allegations are stated in Attachment 15.
19. Plaintiff accepts the jurisdictional limit, if any, of the court.

20. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☒ past-due rent of $5,050.00
    d. ☐ reasonable attorney fees.
    e. ☒ forfeiture of the agreement
    f. ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $
    g. ☒ damages at the rate stated in item 13 from *date:)* 06/01/2026 for each day that defendants remain in possession through entry of judgment.
    h. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    i. ☐ other *(specify)*:

21. ☒ Number of pages attached *(specify)*: 6

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)**

22. *(Complete in all cases.)* An unlawful detainer assistant ☒ did **not** ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received **any** help or advice for pay from an unlawful detainer assistant, state:)*
    a. Assistant's Name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 5/20/2026

WILLIAM NASSAR
(TYPE OR PRINT NAME)

▸ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME)

▸
(SIGNATURE OF PLAINTIFF)

SL

# SUMMONS—EVICTION
## (CITACION JUDICIAL—DESALOJO)

PLAINTIFF (Nam
DEFENDANT(N
16. ☐ A writ
17. ☐ Defe

WFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY
ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
5/21/2026 9:59 AM
By: Audrey Song, DEPUTY

TO DEFENDANT:
AL DEMANDADO):
E LAVELL CHAPPLE AN INDIVIDUAL DBA AFRICAN AMERICAN EMPOWERMENT COALITION.

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
FRANCIS CAPITAL HOLDINGS LLC

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 10 days. You have 10 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 15 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov ), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org ), the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov ), or by contacting your local court or county bar association

***FEE WAIVER:*** *If you cannot pay the filing fee, ask the clerk for a fee waiver form.* ***NOTE:*** *The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.*

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 10 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 10 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Si la presente citación le ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 15 dias después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en la Guía de Ayuda de las Cortes de California (https://selfhelp.courts.ca.gov/es ), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es ), en la Guía de Ayuda de las Cortes de California, (https://selfhelp.courts.ca.gov/es ) o poniéndose en contacto con la corte o el colegio de abogados local*

***EXENCIÓN DE CUOTAS:*** *Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.* ***AVISO:*** *Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
FONTANA DISTRICT
17780 ARROW BLVD, FONTANA, CA 92335

CASE NUMBER:
(Número del caso):
LLTVA2602221

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAW OFFICE OF JOHN E BOUZANE APC — 1030 NEVADA ST STE 204
WILLIAM NASSAR Bar No: 171787 — REDLANDS, CA 92374
Phone: (909)-889-5151

| PLAINTIFF *(Name):* FRANCIS CAPITAL HOLDINGS LLC<br>DEFENDANT *(Name):* ANDRE LAVELL CHAPPLE ET AL | CASE NUMBER:<br>LLTVA2602221 |
|---|---|

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** ☒ **did not** ☐ did [...]ance, and compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date):*

Date: *(Fecha)* 5/21/2026 9:59 AM    Clerk, by *(Secretario)* /s/ Audrey Song , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ CCP 415.46 (occupant) ☐ other *(specify):*
   e. ☐ by personal delivery on *(date):*

# 3-DAY NOTICE TO PAY RENT OR QUIT

(Commercial Premises)

To [TENANT(S)]: ANDRE LAVELL CHAPPLE AN INDIVIDUAL DBA AFRICAN AMERICAN EMPOWERMENT COALITION

(AS WELL AS ALL OTHER TENANTS, SUBTENANTS AND ALL OTHERS IN POSSESSION)

SUBJECT PREMISES:

2200 E HIGHLAND AVE, SAN BERNARDINO, CA 92404
(Property Full Address)

PLEASE TAKE NOTICE that your landlord/lessor estimates pursuant to Code of Civil Procedure section 1161.1, that the total sum of rental charges due within the preceding year under your lease dated: 04/01/2025 is:

FIVE THOUSAND FIFTY AND 00/100 Dollars($): 5,050.00

consisting of the following sums:

| | | | | |
|---|---|---|---|---|
| $ 5,050.00 | For the period | 05/01/2026 | to | 05/31/2026 |
| $ 0 | For the period | | to | |
| $ 0 | For the period | | to | |
| $ 0 | For the period | | to | |

**STARTING** Thursday, 5/14/2026 **WITHIN THREE (3) DAYS**, not including Saturdays, Sundays, or other judicial holidays ENDING Monday, 5/18/2026, you are required to: pay the amount of rent stated in this Notice, or to vacate and return possession of the premises and the keys to said premises, to the landlord.

PLEASE TAKE FURTHER NOTICE that your landlord/lessor hereby declares a forfeiture of the lease agreement under which you hold possession the Subject Premises. However, Lessor does not waive its right to proceed against you for future rents and damages, if applicable, pursuant to the provision of California Civil Code section 1951.2 and California Code of Civil Procedure 1174(b).

PLEASE TAKE FURTHER NOTICE that pursuant to Code of Civil Procedure sections 1161.1 (b) and (c), any partial payment of sums owed will not constitute a waiver of your landlord/lessor's right under this notice. Your landlord/lessor may accept any partial payments, amend the legal action to reflect the payments, and proceed without any delay.

Date: 5/13/2026

Person Authorized to give Notice

Pay to: FRANCIS CAPITAL HOLDINGS LLC / MATTHEW FRANCIS

Pay Here: 3752 ELIZABETH ST # D, RIVERSIDE, CA 92506

Phone Number: 951 961 6040 Days & Hours: MONDAY – SUNDAY/9:00 AM – 5:00 PM

** THIS NOTICE SUPERSEDES ANY AND ALL OTHER NOTICES **

26-05-0066

Form Courtesy of Fast Eviction Service

EX2